IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHELSEA SHUBAT and ALLISON R. SHUBAT,
           Plaintiff,

                                                  Case No.: 19-CV-588

vs.

CAVE ENTERPRISES OPERATIONS, LLC
D/B/A BURGER KING OF ASHLAND,
           Defendant.

---

**DEFENDANT'S MOTION TO WITHDRAW ITS MOTION TO ENFORCE STAY PURSUANT TO RULE 62(A) AND TO COMPEL THE RETURN OF ASSETS**

---

COMES NOW Defendant Cave Enterprises Operations, LLC, d/b/a Burger King of Ashland, by and through undersigned counsel, and with the consent of Plaintiffs Chelsea Shubat and Allison Shubat, and hereby withdraws its Motion to Enforce Stay Pursuant to Rule 62(A) and To Compel the Return of Assets (dkt. # 31) which was previously filed in this case. The parties have reached an agreement which is represented in the attached **Exhibit A**.

Respectfully submitted,

By: /s/ *David P. Vallas*

David P. Vallas
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois  60606
Phone: 312.819.1900
Fax: 312.819.19100
dvallas@polsinelli.com

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ David P. Vallas*

2

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**