**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

CHELSEA SHUBAT and ALLISON R. SHUBAT,
                Plaintiff,

                                    Case No.: 19-CV-588

    v s.

CAVE ENTERPRISES OPERATIONS, LLC
D/B/A BURGER KING OF ASHLAND,
                     Defendant.

---

**AMENDED NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT
OR ORDER OF A DISTRICT COURT**

---

Notice is hereby given that CAVE ENTERPRISES OPERATIONS, LLC d/b/a Burger King of Ashland, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from: (1) the Opinion and Order dated January 11, 2021 with respect to the Motion to Vacate Default Judgment Pursuant to Rule 55(c) and Rule 60(b)(1) and for Leave to Answer (Docket # 36); (2) Default Judgment issued on October 9, 2019 (Docket # 21); (3) Order Granting Motion for Default Judgment (Docket #20); and (4) the Entry of Default filed by the Clerk on August 29, 2019 (Docket # 8).

                                  Respectfully submitted,

                                  By:     */s/ David P. Vallas*

                                  David P. Vallas
                                  Polsinelli PC
                                  150 N. Riverside Plaza, Suite 3000
                                  Chicago, Illinois 60606
                                  Phone: 312.819.1900
                                  Fax: 312.819.1910
                                  dvallas@polsinelli.com
                                  *Attorney for Defendant Cave Enterprises Operations, LLC d/b/a Burger King of Ashland*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2021, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/   David P. Vallas*
David P. Vallas

David P. Vallas
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois  60606
Phone: 312.819.1900
Fax: 312.819.19100
dvallas@polsinelli.com

76356144.2